# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JEFFREY K. LINTON & BERNADINE COLE-LINTON  Case Number: 08-71977
128 BRANDYWINE DRIVE
POPLAR GROVE, IL  61065  SSN-xxx-xx-2078 & xxx-xx-8863

Case filed on: 6/23/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS, PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | JEFFREY K. LINTON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CANDLEWICK LAKE ASSOCIATION | 2,034.00 | 2,034.00 | 0.00 | 0.00 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 31,834.04 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 33,868.04 | 2,034.00 | 0.00 | 0.00 |
| 003 | ALLIED INTERSTATE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AQUA ILLINOIS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ARMOR SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BLUEGREEN CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CALVARY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED CO | 602.38 | 602.38 | 0.00 | 0.00 |
| 013 | COMPUTER CREDIT SVC CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CON FIN SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CON FIN SVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CREDIT PROTECT ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS COLLECTION B | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDITORS COLLECTION B | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CREDITORS COLLECTION B | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDITORS COLLECTION B | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CREDITORS PROTECTION S | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CREDITORS PROTECTION S | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DEPENDON COLLECTION S | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | DEPENDON COLLECTION S | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | MERCURY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NCO FIN / NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ASSET ACCEPTANCE CORP | 333.90 | 333.90 | 0.00 | 0.00 |
| 033 | RMI/MCSI | 100.00 | 100.00 | 0.00 | 0.00 |
| 034 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ROCKFORD MERCANTILE AGENCY INC | 9,372.24 | 9,372.24 | 0.00 | 0.00 |
| 038 | TRG ACCOUNT SERVICES | 477.00 | 477.00 | 0.00 | 0.00 |
| 039 | AFNI/VERIZON | 407.00 | 407.00 | 0.00 | 0.00 |
| 040 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ASSET ACCEPTANCE CORP | 285.71 | 285.71 | 0.00 | 0.00 |
| 042 | NICOR GAS | 1,434.80 | 1,434.80 | 0.00 | 0.00 |
|  | Total Unsecured | 13,013.03 | 13,013.03 | 0.00 | 0.00 |
|  | Grand Total: | 46,881.07 | 15,047.03 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $0.00 |
| Trustee Allowance: | $0.00 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/23/2009            By  /s/Heather M. Fagan